## Krejs *v.* Krejs, Appellant.

728

Argued March 22, 1976. *Albert Momjian*, with him *Eric David Turner*, and *Abrahams & Loewenstein*, for appellant; *Leonard Dubin*, with him *Norman Perlberger*, and *Blank, Rome, Klaus & Comisky*, for appellee.

Order affirmed.

SPAETH, J., absent.